THE CONNECTICUT LIGHT AND POWER COMPANY *v.*
DANIEL B. COSTELLO ET AL.

The motion by the defendants for review of the order of the Superior Court in Tolland County vacating stay of proceedings is granted and the revocation of the order vacating the stay of proceedings is denied.

*William J. Butler,* in support of the motion.

*Robert H. Hall* and *Walter F. Torrance, Jr.,* in opposition.

Submitted July 2—decided July 21, 1970

LOUISE R. HENDRIX ET AL. *v.* CLIFFORD R. HENDRIX, JR.

The judgment of this court dismissing the appeal from the Superior Court in Fairfield County is set aside, and the appeal is restored to the Supreme Court docket.

*Peter M. Ryan* and *P. Hurley Bogardus,* in support of the motion.

Submitted July 21—decided July 21, 1970

SUSAN M. MILLER, EXECUTRIX *v.* VOLKSWAGENWERK, A. G., ET AL.

The petition by the defendants for an expedited appeal from the Superior Court in Hartford County, having been considered by this court, is dismissed because no final judgment has been rendered. Practice Book § 762, as amended.

*Walter J. Sullivan,* in support of the petition.

*George F. Sherwood,* in opposition.